UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD JAMES BROTT,

       Defendant.
_____/

Case No. 1:15-CR-50-04

Hon. Gordon J. Quist
United States District Judge

## **ORDER**

Defendant, Edward James Brott, having moved the Court for leave to file his Sentencing Memorandum and Motion for Variance under restricted access, and having shown good cause,

Leave of court is granted for the filing of Defendant's Sentencing Memorandum and Motion for Variance under restricted access.

Dated: March 15, 2016

          /s/ Gordon J. Quist
GORDON J. QUIST
United States District Judge